AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DALEY 09A3451, | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 1:11-CV-1071(Sr) |
| v. | |

JOHN VONHAGEN, Nurse Administrator,
ANGELA BARTLETT, Deputy Superintendent,
ROBERT GRIFFIN, Superintendent,
WESLEY CANFIELD, Medical Doctor,
and BENJAMIN OAKS, Medical Doctor.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice.

Further, leave to appeal to the Court of Appeals as a poor person is denied.

Date:  September 25, 2012              MICHAEL J. ROEMER, CLERK

                                       By: s/Colleen M. Demma
                                           Deputy Clerk