# United States District Court

## WESTERN DISTRICT OF NEW YORK

JAMES DALEY 09A3451,

       v.

JOHN VONHAGEN, Nurse Administrator,
ANGELA BARTLETT, Deputy Superintendent,
ROBERT GRIFFIN, Superintendent,
WESLEY CANFIELD, Medical Doctor,
and BENJAMIN OAKS, Medical Doctor.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 1:11-CV-1071(Sr)

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice.

Further, leave to appeal to the Court of Appeals as a poor person is denied.

Date:  September 25, 2012

MICHAEL J. ROEMER, CLERK

By: s/Colleen M. Demma
    Deputy Clerk